UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY DELUIS-MORELO,

            Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

            Respondent.

Case No. C15-1097-RAJ-BAT

**ORDER DENYING URGENT MOTION FOR MENTAL HEALTH TREATMENT**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Petitioner's motion titled "Urgent Mental Health Treatment," Dkt. 10, is DENIED.

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 21st day of September, 2015.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING URGENT MOTION FOR MENTAL HEALTH TREATMENT - 1